**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA DORAME AKA MARIA ELENA DORAME,<br><br>            Plaintiff,<br><br>      vs.<br><br>FORD MOTOR COMPANY, a Delaware corporation; EL CENTRO MOTORS, a California Stock Corporation DBA El Centro Motors; and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No.  5:25-cv-02338-SP<br><br>**ORDER ON STIPULATION REGARDING PLAINTIFF'S ATTORNEY'S FEES, COSTS AND EXPENSES** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff MARIA DORAME AKA MARIA ELENA DORAME ("**Plaintiff**") and Defendant FORD MOTOR COMPANY ("**Defendant**") (collectively, "**the Parties**"), by and through their respective counsel of record, have entered into a

-1-

[PROPOSED] ORDER ON STIPULATION REGARDING PLAINTIFF'S ATTORNEY'S FEES, COSTS AND EXPENSES

stipulation for entry of an Order by the Court regarding Plaintiff's attorney's fees, costs and expenses.

**THE PARTIES HAVE STIPULATED TO THE ENTRY OF AN ORDER AS FOLLOWS:**

(1) That Defendant shall pay the sum of $11,000.00 to Plaintiff and Plaintiff hereby agrees to accept said payment in full satisfaction of all claims for attorney's fees, costs and expenses in connection with this action.

(2) That Defendant shall pay the sum of $11,000.00 to Plaintiff within 60 days of execution of this Stipulation by all counsel unless matters outside of the control of Defendant cause delay.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 29, 2026

UNITED STATES MAGISTRATE JUDGE

Prepared by:
**KNIGHT LAW GROUP, LLP**
Roger Kirnos (SBN 283163)
rogerk@knightlaw.com
Jacob Cutler (SBN 264988)
jacobc@knightlaw.com
10250 Constellation Blvd., Suite 2500
Los Angeles, CA 90067
Telephone: (310) 552-2250
Fax: (310) 552-7973
Attorneys for Plaintiff,
MARIA DORAME AKA
MARIA ELENA DORAME

-2-
[PROPOSED] ORDER ON STIPULATION REGARDING PLAINTIFF'S ATTORNEY'S
FEES, COSTS AND EXPENSES