**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA DORAME aka<br>MARIA ELENA DORAME.<br><br>Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY, a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | **CASE NO : 5:25-cv-02338-SP**<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS WITH PREJUDICE**<br><br>Honorable Sheri Pym<br>United States Magistrate Judge |

**ORDER**

Pursuant to the Stipulation of the Parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

IT IS ORDERED THAT THIS ENTIRE ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE AS TO ALL CLAIMS, CAUSES OF ACTION , AND PARTIES.

**IT IS SO ORDERED**

Dated: July 31, 2026



HONORABLE SHERI PYM,

United States Magistrate Judge